UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-85-BR

| UNITED STATES OF AMERICA | ORDER |
| --- | --- |
| v. | |
| ANGLENA BOYNTON | |

This matter is before the court on the defendant's unopposed motion to continue the sentencing hearing and motion to seal the same. For good cause shown, the motions are GRANTED. Sentencing is CONTINUED to 5 May 2014.

This 25 March 2014.

_____
W. Earl Britt
Senior U.S. District Judge